IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| JOE LOUIE MENDOZA, | ◊ | |
| Petitioner, | ◊ | |
| vs. | ◊ | No. 06-2058-Ml/P |
| BRUCE PEARSON, | ◊ | |
| Respondent. | ◊ | |

ORDER DIRECTING PETITIONER TO FILE AN IN FORMA PAUPERIS AFFIDAVIT
OR PAY THE HABEAS FILING FEE

      Petitioner Joe Louie Mendoza, Bureau of Prisons inmate registration number 05776-010, an inmate at the Federal Correctional Institution in Memphis ("FCI-Memphis"), filed a pro se petition pursuant to 28 U.S.C. § 2241 on January 30, 2006. The Clerk shall record the respondent as FCI-Memphis Warden Bruce Pearson.

      A habeas petition carries a filing fee of five dollars ($5.00). 28 U.S.C. § 1914(a). Mendoza's petition is not accompanied by either the filing fee or a motion to proceed in forma pauperis. Accordingly, Mendoza is ORDERED either to submit a properly completed in forma pauperis affidavit demonstrating his indigency, along with an inmate trust fund account statement, or pay the filing fee within thirty (30) days of the entry of this

order. The Clerk is ORDERED to mail a copy of the prisoner in forma pauperis affidavit to petitioner along with this order.[1] Failure to timely comply with any requirement of this order will result in dismissal of the petition without further notice for failure to prosecute.

   IT IS SO ORDERED this 3rd day of February, 2006.

            /s/ Jon P. McCalla
            JON PHIPPS McCALLA
            UNITED STATES DISTRICT JUDGE

---

[1] In the interest of expediting this matter, petitioner is advised that, if his inmate trust fund account has a balance of at least twenty-five dollars ($25.00), an application to proceed in forma pauperis will be denied.